UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER D. MCCUMSEY,

    Petitioner,

v.                                    Case No. 3:21-cv-923-LC-MJF

MARK INCH,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk of the court. On August 2, 2021, this court ordered Petitioner to file the following within thirty days: (1) an amended habeas corpus petition, signed and verified, on this court's § 2254 form; (2) two identical service copies of the amended petition; and (3) the $5.00 filing fee or a complete application to proceed *in forma pauperis*. (Doc. 3). The court warned Petitioner that failure to comply with the order likely would result in dismissal of this case. (*Id.*).

Petitioner has not complied with this court's order and has not responded to the September 15, 2021, show cause order. (Doc. 4). For these reasons, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with this court's orders, his failure to prosecute, and his failure to pay the filing fee.[1]

2. The clerk of the court be directed to close this case file.

At Panama City, Florida, this 2nd day of November, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").