UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER D. MCCUMSEY,

    Petitioner,

v.                                       Case No.  3:21-cv-923-LC-MJF

MARK INCH,

    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 2, 2021. (Doc. 5). Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 5), is adopted and incorporated by reference in this Order.

2.	This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with this court's orders, his failure to prosecute, and his failure to pay the filing fee.

3.	The clerk of court shall close this case file.

**DONE AND ORDERED** this 3rd day of November, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**